# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jennifer D'Este,<br><br>　　　　Plaintiff,<br><br>v.<br><br>AmTrust North America Incorporated,<br><br>　　　　Defendant. | No. CV-23-01074-PHX-GMS<br><br>**ORDER** |

　　　　The Court has been advised that this case has settled (Doc. 28).

　　　　**IT IS ORDERED** that this matter will, without further Order of this Court be dismissed with prejudice within (30) days of the date of this Order unless a stipulation to dismiss is filed prior to the dismissal date.

　　　　**IT IS FURTHER ORDERED** directing the Clerk of Court to terminate this matter on **March 26, 2024** without further leave of Court.

　　　　Dated this 22nd day of February, 2024.

_____
G. Murray Snow
Chief United States District Judge